CIVIL, CLOSED

# U.S. District Court
# Eastern District of California - Live System (Sacramento)
# CIVIL DOCKET FOR CASE #: 2:07-cv-02516-WBS-EFB

Anglin, et al v. Davol Inc., et al
Assigned to: Judge William B. Shubb
Referred to: Magistrate Judge Edmund F. Brennan
Case in other court: Sacramento Superior Court, 07AS04602
Cause: 28:1332 Diversity-Product Liability

Date Filed: 11/21/2007
Date Terminated: 01/17/2008
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Rodney Anglin**
*Successor Trustee of the J & J Anglin Family Trust*

represented by **Matthew R Eason**
Eason and Tambornini
1819 K Street
Suite 200
Sacramento, CA 95811
916-438-1819
Email: matthew@capcitylaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Rodney D. Anglin**
*Individually*

represented by **Matthew R Eason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael W. Anglin**

represented by **Matthew R Eason**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

represented by **Thomas M. Frieder**
Hassard Bonnington LLP
Two Embarcadero Center
Suite 1800
San Franicsco, CA 94111-3993
415288-9800

Fax: 415288-9801
Email: tmf@hassard.com
*LEAD ATTORNEY*

**Defendant**

**C.R. Bard, Inc.** represented by **Thomas M. Frieder**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/21/2007 | 1 | NOTICE by Davol Inc., C.R. Bard, Inc.. Attorney Frieder, Thomas M. added. *NOTICE OF REMOVAL AND DEMAND FOR JURY TRIAL* (Attachments: # 1 Exhibit Exhibit A# 2 Exhibit Exhibit B# 3 Exhibit Exhibit C)(Frieder, Thomas) (Entered: 11/21/2007) |
| 11/21/2007 | 2 | CIVIL COVER SHEET by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) (Entered: 11/21/2007) |
| 11/21/2007 | 3 | STATEMENT of CORPORATE DISCLOSURE STATEMENT by Defendants Davol Inc., C.R. Bard, Inc. re 2 Civil Cover Sheet, 1 Notice - Other - ATY. (Frieder, Thomas) (Entered: 11/21/2007) |
| 11/21/2007 | 4 | CERTIFICATE of SERVICE by Davol Inc., C.R. Bard, Inc. re 2 Civil Cover Sheet, 3 Statement, 1 Notice - Other - ATY. (Attachments: # 1 NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT# 2 NOTICE OF REMOVAL# 3 Exhibit A to Notice of Removal# 4 Exhibit B to Notice of Removal# 5 Exhibit C to Notice of Removal)(Frieder, Thomas) (Entered: 11/21/2007) |
| 11/21/2007 | | RECEIPT number # CAE200002847 for dft Davol Inc.; paid by Thomas M. Frieder. (Kastilahn, A) (Entered: 11/21/2007) |
| 11/21/2007 | 6 | CIVIL NEW CASE DOCUMENTS ISSUED;Initial Scheduling Conference set for 2/11/2008 at 02:00 PM in Courtroom 5 (WBS) before Judge William B. Shubb. (Attachments: # 1 Consent Forms # 2 VDRP Forms) (Kastilahn, A) (Entered: 11/21/2007) |
| 11/26/2007 | 7 | CERTIFICATE of SERVICE re Order Setting Status (Pretrial Scheduling Conference) and Attachments by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 11/28/2007 (Engbretson, K.). (Entered: 11/26/2007) |
| 11/28/2007 | 8 | ANSWER to COMPLAINT *and affirmative defenses of Defendants Davol Inc. and C.R. Bard, Inc.* (Frieder, Thomas) Modified on 11/30/2007 (Mena-Sanchez, L). (Entered: 11/28/2007) |
| 12/11/2007 | 9 | MOTION to STAY *all proceedings pending transfer decision by Judicial Panel of Multidistrict Litigation* by Davol Inc. C.R. Bard, Inc. Motion Hearing is SET for 2/4/2008 at 02:00 PM in Courtroom 5 (WBS) before Judge William B. Shubb. (Frieder, Thomas) Modified on 12/12/2007 |

| | | |
|---|---|---|
| | | (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 10 | MEMORANDUM of Points and Authorities in SUPPORT of 9 MOTION to STAY.(Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 11 | DECLARATION of DANA ALAN GAUSEPOHL in SUPPORT of 9 MOTION to STAY.(Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 12 | [PROPOSED] ORDER granting Defendants' 9 MOTION to STAY. (Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 13 | CERTIFICATE of SERVICE by Davol Inc. C.R. Bard, Inc. (Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 14 | CERTIFICATE of SERVICE by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 15 | CERTIFICATE of SERVICE by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 12/11/2007 | 16 | CERTIFICATE of SERVICE by Davol Inc., C.R. Bard, Inc. (Frieder, Thomas) Modified on 12/12/2007 (Mena-Sanchez, L). (Entered: 12/11/2007) |
| 01/17/2008 | 17 | MDL ORDER, CASE TRANSFERRED to District of Rhode Island. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED (Dillon, M) (Entered: 01/17/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/30/2008 13:34:43 | | | |
| **PACER Login:** | us6061 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-02516-WBS-EFB |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |